FILE COPY



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos. 02-18-00016-CR
02-18-00017-CR

MICHAEL CHARLES CHADMAN, Appellant

V.

THE STATE OF TEXAS

_____

On Appeal from the 415th District Court
Parker County, Texas
Trial Court Nos. CR17-0425, CR17-0427

_____

## ORDER

We have considered appellant's pro se motion to order the District Attorney to produce documents. Because we may only consider on appeal matters admitted into evidence and included in the appellate record,[1] we deny the motion.

But it has come to our attention that although we ordered the trial court clerk to make the record available to appellant, only the clerk's record was sent. Therefore,

---

[1] *See Carver v. State*, No. 08-12-00299-CR, 2015 WL 364291, at *6 (Tex. App.—El Paso May 13, 2015, pet. ref'd) (not designated for publication).

we order the trial court clerk to also make the *reporter's record* that was filed with this court on May 17, 2018 available to appellant no later than **October 10, 2018**. The trial court clerk must provide this court with written notification that the record has been made available to appellant by that same date.

To the extent that appellant seeks to supplement the appellate record with the reporter's record from the status hearing on August 21, 2017, we order the court reporter to file a supplemental reporter's record of that hearing with this court no later than **October 10, 2018**. At the same time, the court reporter must provide the pro se appellant with a copy of the supplemental record in the same manner that she delivers the originally filed reporter's record to appellant, which she may do by providing it to the trial court clerk to deliver.

Because the court reporter has informed this court that no reporter's record was taken on October 19, 2017 or December 7, 2017, we cannot order her to supplement the record for proceedings on those dates.

We will set a date for appellant to file a pro se response to his counsel's *Anders* brief when we receive the supplemental reporter's record.

The clerk of this court is directed to transmit a copy of this order to appellant, the attorneys of record, the trial court, the trial court clerk, and the trial court reporter.

Dated September 21, 2018.

Per Curiam